UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

Alexander Allen,

      Defendant.

_____/

Case: 2:25-cr-20521
Assigned To : DeClercq, Susan K.
Referral Judge: Altman, Kimberly G.
Assign. Date : 7/15/2025
Description: INDI USA v ALLEN (JP)

Violation:
18 U.S.C. § 922(g)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about February 22, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Alexander Allen, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, an FN Browning, model 1922, .32 auto caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

Upon conviction of the offense charged in Count One in this Indictment, the defendant, Alexander Allen, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code,

Section 2461, any firearm or ammunition involved in or used in the defendants' knowing violation of said offenses, including but not limited to the following:

- One FN Browning, model 1922, .32 auto pistol; and
- Assorted rounds of .32 auto caliber ammunition.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON, JR.
United States Attorney


*s/ Craig Wininger*
Craig Wininger
Chief, Violent & Major Crimes Unit
Assistant United States Attorney


*s/ Jeremiah G. Smith*
Jeremiah G. Smith
Assistant United States Attorney

Dated: July 15, 2025

Assigned To : DeClercq, Susan K.
Referral Judge: Altman, Kimberly G.
Assign. Date : 7/15/2025
Description: INDI USA v ALLEN (JP)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet |
|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | AUSA's Initials: J.S   J.S. |

**Case Title:** USA v. Alexander Allen

**County where offense occurred:** Wayne

**Offense Type:** <u>Felony</u>

Indictment – no prior complaint.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

July 15, 2025
Date

*Jeremiah G. Smith*
Jeremiah Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Jeremiah.Smith@usdoj.gov
(313) 226-0242
Bar #: P80301

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.